JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-07219-SB-AFM | Date: | 11/6/2020 |
|---|---|---|---|

| Title: | *Elodia Vega v. Great American Insurance Company* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|
| Victor Cruz | N/A |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] ORDER GRANTING MOTION TO AMEND COMPLAINT AND REMANDING CASE TO STATE COURT**

Elodia Vega (Plaintiff) filed a Motion for Leave to Amend the Complaint and Motion to Remand. Dkt. Nos. 33, 34. She seeks leave to amend the complaint to add Western Trucking Insurance, Inc, which is a California corporation (which would destroy diversity jurisdiction). Dkt. Nos. 33 at 11; 34 at 2-4.

Since the filing of the motions, Plaintiff and Defendant Great American Insurance Company have stipulated that "Plaintiff may amend the operative pleading to add claims against non-party Western Trucking Insurance, Inc." and that upon this addition, "diversity jurisdiction fails," requiring "remand[] to the Superior Court for the State of California." Dkt. No. 46.

It is proper here to allow the stipulated leave to amend the complaint and add a new party. Fed. R. Civ. P. 21 permits a change in parties "at any time" and Fed. R. Civ. P. 15(a)(2) allows a party to "amend its pleading . . . with the opposing party's written consent."

      Thus, the Court **GRANTS** Plaintiff's unopposed Motion for Leave to Amend the Complaint. The Court further **GRANTS** Plaintiff's unopposed Motion to Remand.  The case is hereby **REMANDED** to the state court from which it was removed.

      **IT IS SO ORDERED**.